United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-00101-MJC
Javier Ortiz  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Jul 12, 2022      Form ID: 3180W      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Javier Ortiz, 561 N. Locust St., Hazleton, PA 18201-4924 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, The Law Offices of Michelle Ghidotti, 5120 E. La Palma, Suite 206, Anaheim Hills, CA 92807-2091 |
| 4872925 | + | Arlin Ortiz, 563 N. Locust St., Hazleton, PA 18201-4924 |
| 4872928 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5377655 | | Morgan Stanley Residential Mortgage, et al., c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT. 84165 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 12 2022 19:19:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 12 2022 19:19:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 4906123 | + | Email/Text: bankruptcy@bsifinancial.com | Jul 12 2022 19:19:00 | BSI FINANCIAL SERVICES, 1425 GREENWAY DRIVE, SUITE 400, IRVING, TX 75038, 9 75038-2480 |
| 4872926 | | EDI: JPMORGANCHASE | Jul 12 2022 23:13:00 | Chase, PO Box 15298, Wilmington DE 19850 |
| 5377656 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 12 2022 19:19:00 | Morgan Stanley Residential Mortgage, et al., c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT. 84165, Morgan Stanley Residential Mortgage, et, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT. 84165-0250 |
| 4874102 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 12 2022 19:19:00 | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 4872929 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 12 2022 19:19:00 | Nissan Motor Acceptance Corp, P.O. Box 660360, Dallas, TX 75266-0360 |
| 4886680 | + | EDI: RECOVERYCORP.COM | Jul 12 2022 23:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5239863 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 12 2022 19:19:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5367712 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 12 2022 19:19:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 5239864 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 12 2022 19:19:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5367713 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Jul 12 2022 19:19:00 | | Colorado 80129-2386 Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 4872930 | + | EDI: WFHOME Jul 12 2022 23:13:00 | | Wells Fargo Bank, N.A., Default Document Processing, MAC#N9286-01Y, 1000 Blue Gentian Rd., Eagan, MN 55121-1663 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4906124 | | BSI FINANCIAL SERVICES, 1425 GREENWAY DRIVE, SUITE 400, IRVING, TX 75038, 972-347-4350, BSI FINANCIAL SERVICES, 1425 GREENWAY DRIVE, SUITE 400 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4872927 | *+ | Javier Ortiz, 561 N. Locust St., Hazleton, PA 18201-4924 |
| 4882488 | ##+ | Wells Fargo Bank, NA, et al, Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bradley J Osborne | on behalf of Creditor Morgan Stanley Residential Mortgage Loan Trust 2020-RPL1 bosborne@hoflawgroup.com ckohn@hoflawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joseph Angelo Dessoye | on behalf of Creditor WELLS FARGO BANK  NA, SUCCESSOR BY MERGER TO WACHOVIA BANK, NA pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor BSI FINANCIAL SERVICES pamb@fedphe.com  mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Morgan Stanley Residential Mortgage Loan Trust 2020-RPL1 bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor WELLS FARGO BANK  NA, SUCCESSOR BY MERGER TO WACHOVIA BANK, NA tomysong0@gmail.com |
| Tullio DeLuca | on behalf of Debtor 1 Javier Ortiz tullio.deluca@verizon.net |

| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Javier Ortiz<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1686<br>EIN   \_ \_ – \_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_ – \_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:17-bk-00101-MJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Javier Ortiz
> aka Javier D. Ortiz, aka Javier DeJesus Ortiz

7/12/22

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**