| In re: | Case No. 17-00101-MJC |
|---|---|
| Javier Ortiz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 19, 2022 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Javier Ortiz, 561 N. Locust St., Hazleton, PA 18201-4924 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley J Osborne | on behalf of Creditor Morgan Stanley Residential Mortgage Loan Trust 2020-RPL1 bosborne@hoflawgroup.com ckohn@hoflawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joseph Angelo Dessoye | on behalf of Creditor WELLS FARGO BANK NA, SUCCESSOR BY MERGER TO WACHOVIA BANK, NA pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor BSI FINANCIAL SERVICES pamb@fedphe.com mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Morgan Stanley Residential Mortgage Loan Trust 2020-RPL1 bkgroup@kmllawgroup.com |
| Thomas Song | |

    on behalf of Creditor WELLS FARGO BANK  NA, SUCCESSOR BY MERGER TO WACHOVIA BANK, NA tomysong0@gmail.com

Tullio DeLuca

    on behalf of Debtor 1 Javier Ortiz tullio.deluca@verizon.net

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Javier Ortiz,<br> aka Javier D. Ortiz, aka Javier DeJesus Ortiz, | Chapter     13 |
| **Debtor 1** | Case No.     5:17−bk−00101−MJC |

Social Security No.:
                xxx−xx−1686

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: July 19, 2022

**fnldec** (01/22)